## JUDGE SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

    - v. -

DENNIS FURSE,

         Defendant.

- - - - - - - - - - - - - - - - -x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __JUL 0 7 2008__
```

INDICTMENT

:      08 Cr.

## 08 CRIM 608

### COUNT ONE

The Grand Jury charges:

On or about May 26, 2008, in the Southern District of New York, DENNIS FURSE, the defendant, unlawfully, willfully, and knowingly, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about March 16, 2005, in New York Supreme Court, Bronx County, for attempted robbery in the second degree, in violation of New York Penal Law 160.10, a Class D felony, did possess in and affecting commerce, a firearm, to wit, a loaded .357 Magnum revolver, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_Sherry Picchion_
FOREPERSON

_Michael Garcia_
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DENNIS FURSE,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Foreperson.*

Post-It 11/1/87

7/7/08 - Fld. Indictment, case assigned
to Judge Sullivan for all
purposes.
S/Douglas F. Eaton